Entered on Docket
May 01, 2008

———————————————————
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | |
| ODISHO LAZAR, ) | BK-S-07-15347-BAM |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | Adversary No. 07-01207-BAM |
| CHASE BANK, USA, N.A., ) | |
| Plaintiff, ) | Date: April 15, 2008 |
| ) | Time: 9:30 a.m. |
| v. ) | |
| ODISHO LAZAR, ) | |
| Defendant. ) | |

**ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF ILLINOIS**

On March 10, 2008 this court entered Court's Motion to Change Venue. (Docket no. 30). On April 15, 2008, a hearing was held on that order and no appearances were made in opposition to the change of venue. In accordance with FED. R. BANKR. P. 1014(a)(1), this court orders that venue for the above captioned bankruptcy case be transferred to the Northern District of Illinois.

IT IS SO ORDERED.

Copies sent to:

RICHARD STANLEY RALSTON richardr@w-legal.com, angelan@w-legal.com;courtneyt@w-legal.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

I certify that this is a true copy:

ATTEST
Deputy Clerk, Bankruptcy Court

GEORGE HAINES jsanduski@hainesandkrieger.com

THOMAS J. HOLTHUS bknotice@mccarthy-holthus.com

DAVID KRIEGER jsanduski@hainesandkrieger.com;wytedog@aol.com

WILLIAM A LEONARD biff7tte@mindspring.com, ca46@ecfcbis.com

RICHARD STANLEY RALSTON richardr@w-legal.com, angelan@w-legal.com;courtneyt@w-legal.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ECAST SETTLEMENT CORPORATION
POB 35480
NEWARK, NJ 07193-5480

ODISHO LAZAR
8017 AVALON ISLAND STREET
LAS VEGAS, NV 89139

ODISHO LAZAR
2532 W. BIRCHWOOD # B
CHICAGO, IL 60645

###